## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. __24-1189__   2. DATE DOCKETED: __06/07/24__
3. CASE NAME (lead parties only)   __BIU, LLC__   v.   __Federal Communications Commission__
4. TYPE OF CASE: ☒ Review   ☐ Appeal   ☐ Enforcement   ☐ Complaint   ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ☐ Yes   ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: __Federal Communications Commision__
   b. Give agency docket or order number(s): __IB Docket No. 20-399__
   c. Give date(s) of order(s): __April 11, 2024__
   d. Has a request for rehearing or reconsideration been filed at the agency?   ☐ Yes   ☒ No
      If so, when was it filled? _____   By whom? _____
      Has the agency acted?   ☐ Yes   ☐ No   If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      BIU, LLC ("BIU") is a party-in-interest in the FCC Proceeding as BIU is Spectrum Five LLC's attorney-in-fact and filed an Application for Review.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes   ☒ No   If YES, identify case name(s), docket number(s), and court(s)
      _____
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes   ☒ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?   ☐ Yes   ☒ No   If YES, provide program name and participation dates.
      _____

Signature _/s/ Alan A. Greenberg_   Date __07/22/24__
Name of Counsel for Appellant/Petitioner  __Alan A. Greenberg__
Address  __Greenberg Gross LLP, 1980 Festival Plaza Drive, Suite 730, Las Vegas, NV 89135__
E-Mail  __AGreenberg@GGTrialLaw.com__   Phone ( __702__ ) __777-0888__   Fax ( __702__ ) __777-0801__

### ATTACH A CERTIFICATE OF SERVICE

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 22nd day of July 2024.

/s/ Alan A. Greenberg
Alan A. Greenberg
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
Email:agreenberg@ggtriallaw.com

*Attorneys for Petitioner BIU, LLC*